# UNITED STATES DISTRICT COURT
Southern District of Indiana

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | (For **Revocation** of Probation or Supervised Release) |
| v. | |
| | Case Number: 3:15CR00043-027 |
| | USM Number: 13101-028 |
| ASHLEY N. HINES | John P. Brinson |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to the below violations.

☐ was found in violation of the below violations after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Attend Substance Abuse Counseling | 11/13/2018 |
| 2 | Failure to Participate in Mental Health Treatment | 11/13/2018 |
| 3 | Failure to Abide by the Rules and Regulations of Residential Reentry Center | 10/14/2018 |
| 4 | Drug Use | 10/18/2018 |
| 5 | Failure to Submit to Substance Abuse Testing | 8/15/2018 |

The defendant is sentenced as provided on page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ Violation number(s)  is/are dismissed.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

11/19/2018
Date of Imposition of Sentence:



RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

11/26/2018
Date

A CERTIFIED TRUE COPY
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana

By Dina M. Dale
Deputy Clerk

DEFENDANT: Ashley N. Hines
CASE NUMBER: 3:15CR00043-027

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **10 months.**

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:


    Defendant was delivered on _____ to _____ at _____, with a certified copy of this judgment.


                                         _____

                                             UNITED STATES MARSHAL

                             BY: _____

                                     DEPUTY UNITED STATES MARSHAL